UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONID BALTSEVYCH,

                Plaintiff,

-against-

DAVID C SMITH and USA TRUCK, LLC,

                Defendants.

25-CV-3421 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      This action was removed to this Court on April 25, 2025. ECF No. 1. On May 7, 2025, the Court set an initial pretrial conference for June 17, 2025. ECF No. 5. As of today's date, Plaintiff's counsel has not entered an appearance in this action. Plaintiff's counsel is directed to file a notice of appearance by no later than June 16, 2025. Defendant is directed to serve this Order on Plaintiff by June 12, 2025.

      Additionally, the Court's Order of May 7, 2025, required the parties to file a joint letter by June 10, 2025. The deadline has passed. IT IS HEREBY ORDERED that the parties file the joint letter, addressing each of the topics outlined in ECF No. 5, and proposed case management plan by no later than June 13, 2025.

Dated: June 12, 2025
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge