UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONID BALTSEVYCH,

                Plaintiff,

-against-

DAVID C SMITH and USA TRUCK, LLC,

                Defendants.

25-CV-3421 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The parties stated that they consented to conducting all further proceedings before a United States Magistrate Judge. *See* ECF No. 9. As such, the Court's June 16, 2025 Order required the parties to submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge by June 17, 2025. ECF No. 11. The deadline has passed. IT IS HEREBY ORDERED that the parties submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf by no later than June 25, 2025. If the parties do not consent, they shall file a letter to that effect by the same deadline.

Dated: June 23, 2025
       New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*

                                              JESSICA G. L. CLARKE
                                              United States District Judge