UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONID BALTSEVYCH,

                 Plaintiff,

       -against-

DAVID C. SMITH & USA TRUCK, LLC,

                 Defendant(s).

25-CV-3421 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On September 9, 2025, the Court ordered the parties to submit a post-discovery joint status letter by December 15, 2025. ECF No. 16. The deadline for that filing has now passed without any submission from the parties. Accordingly, the parties shall file such letter promptly, but at least by December 18, 2025.

Dated: December 16, 2025
        New York, New York

                       SO ORDERED.

                       JESSICA G. L. CLARKE
                       United States District Judge